# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 9:20-CV-80079-RLR

Plaintiff:
**HOWARD COHAN**

vs.

Defendant:
**NORTHMIL LLC, ETC., ET AL**



MLS2020000296

For:
Gregory S. Sconzo*
LAW OFFICE OF GREGORY S. SCONZO, P.A.
5080 PGA BLVD.
SUITE 213
PALM BEACH GARDENS, FL 33418

Received by MULBERRY LEGAL SERVICES, INC. on the 23rd day of January, 2020 at 11:32 am to be served on **NORTHMIL, LLC BY SERVING ITS REGISTERED AGENT, KEVIN DALTON, 9031 N. MILITARY TRAIL, PALM BEACH GARDENS, FL 33410.**

I, Ralph C. Robinson, do hereby affirm that on the **24th day of January, 2020** at **11:05 am**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT WITH CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **KEVIN DALTON** as **REGISTERED AGENT** for **NORTHMIL, LLC**, at the address of: **9031 N. MILITARY TRAIL, PALM BEACH GARDENS, FL 33410**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 47, Sex: M, Race/Skin Color: WHITE, Height: 5'9", Weight: 195, Hair: BROWN, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Ralph C. Robinson
CPS#1264

**MULBERRY LEGAL SERVICES, INC.**
2101 Vista Parkway
Suite 103
West Palm Beach, FL 33411
(561) 624-0526

Our Job Serial Number: MLS-2020000296
Ref: 00472-0003

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g