UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:20-cv-80079-RLR

## RETURN OF SERVICE

I Steven M. Ham, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

**For:** GREGORY S. SCONZO, ESQ.

**Date Received:** 1/24/2020   4:20 PM

**Document(s):** SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBIT and COVER SHEET

**Serve To:** M&R UNITED, INC., c/o Soileau John

**Address:** 3490 N. US Highway 1, Cocoa, FL 32926

**Date Served:** 1/27/2020   10:08 AM

**Method of Service:** Corporate

**Person Served:** TERRY PRATT, Legal Assistant

**Address:** 3490 N. US Highway 1, Cocoa, FL 32926

**Military Status:** N/A

**Race:** White  **Sex:** F   **Age:** 55   **Ht.:** 5'6"   **Wt.:** 144 lbs   **Hair:** Gray   **Glasses:** Yes

Under penalties of pejury, I declare that I have read the foregoing document and that the facts stated in it are true.

*[signature]*

Steven M. Ham, Certified Process Serv

MULBERRY LEGAL SERVICES, INC.
2101 Vista Parkway, Suite #103
West Palm Beach, Florida 33411
(561) 624-0526

State of Florida
County of Brevard
Subscribed and sworn to before me, a notary public, on 1/27/20

*[signature]*
Notary Public
My Commission Expires:

AUBREY E. HENDERSON
MY COMMISSION # GG 136593
EXPIRES: December 20, 2021
Bonded Thru Notary Public Underwriters

ID: 20-009859
Client Reference: 2020000326

Process Server Software - Release 2004D